■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS WEISS, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated November 20, 1958, denying, after a hearing, his *coram nobis* application to vacate a judgment of the same court, rendered November 15, 1954, convicting him, after trial, of robbery in the first degree and sentencing him to serve a term of 30 to 60 years. This *coram nobis* application was made on the ground that defendant was insane at the time of his trial. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WESLEY WILDES, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered December 4, 1959, convicting him, after a jury trial, of burglary in the first degree, attempted rape in the first degree and assault in the second degree, and sentencing him, as a third felony offender, to serve concurrent terms of 30 to 60 years, 15 to 20 years and 5 to 10 years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MYRON E. WILSON, Appellant.— Appeal by defendant, from an order of the County Court, Westchester County, dated May 8, 1958, denying, after a hearing, his *coram nobis* application to vacate a judgment of said court, rendered November 24, 1924, convicting him, on his plea of guilty, of burglary in the third degree. The application was made on the ground that defendant was not advised of his right to counsel. Order affirmed. Defendant's claim that he was not advised of his right to counsel is clearly rebutted by positive testimony in this record to the contrary. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.